IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MONIQUE WOODS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 20 cv 01668 |
| | ) | |
| CITY OF MARKHAM, | ) | Judge KOCORAS |
| | ) | |
| Defendant. | ) | |

### NOTICE OF CHANGE OF ADDRESS

Plaintiff submits this Notice of Change of Address for transmission of all documents in the above-captioned case. All future correspondence, service of pleadings, and other documents submitted in hard copy should be directed to the following address:

    Samuels & Associates, Ltd.
    3440 S. Cottage Grove Ave, #504
    Chicago, Illinois 60616
    T: 872.588.8726
    F: 872.813.5256

Dated: 2 July 2021                                           Respectfully Submitted,

                                                        By:   /s/Jeanette Samuels

                                                        SAMUELS & ASSOCIATES, LTD.
                                                        3440 S. Cottage Grove Ave, #504
                                                        Chicago, Illinois 60616
                                                         T: 872-588-8726
                                                         F: 872.813.5256
                                                         E: sam@chicivilrights.com

## **CERTIFICATE OF SERVICE**

The undersigned counsel swears on oath that a true and complete copy of the foregoing was served on all counsel of record via the Court's online electronic filing system on 6 July 2021.

*/s/ Jeanette Samuels*